IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00350-PAB-MEH

WILLIAM MOREAU,

    Plaintiff,

v.

UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2020.**

    Pursuant to D.C. Colo. LCivR 7.2, Defendant's Motion to Restrict Access to Document [ECF] 35 [filed July 17, 2020; ECF 44] is **granted in part and denied in part** and Defendant's Motion to Restrict Access to Document [ECF] 40 [filed July 17, 2020; ECF 45] is **granted**.  The Clerk of the Court shall maintain under Restriction Level One the documents located at ECF 35 and 40 until further order of the Court.