IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00350-PAB-MEH

WILLIAM MOREAU,

      Plaintiff,

v.

UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2020.**

      Pursuant to D.C. Colo. LCivR 7.2, Defendant's Motion to Restrict Access to Document [ECF] 31 and Document [ECF] 35 [filed July 24, 2020; ECF 49] is **granted in part and denied in part**.  The document at ECF 35 has been already restricted by order of the Court.  *See* ECF 48.  The Clerk of the Court shall maintain under Restriction Level One the document located at ECF 31 until further order of the Court.