IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00350-PAB-MEH

WILLIAM MOREAU,

      Plaintiff,

v.

UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2020.**

      Before the Court is a "Corrected Motion for Leave to Amend Complaint" filed by Plaintiff [ECF 79].  In a footnote, Plaintiff explains that the original motion filed on September 24, 2020 includes two attachments that contain privileged material and should not have been filed on the public docket.  Plaintiff requests that the Court "strike from the docket" the motion and attachments at ECF 74, 74-1, 74-2.  While the Court may certainly do so, striking a document will not actually remove it from the docket sheet, which is presumably the Plaintiff's intent.  Instead, the Court will **direct** the Clerk of the Court to place under Restriction Level Two the documents located at ECF 74, 74-1, and 74-2 until further order of the Court.

      In light of the corrected filing, the original Motion for Leave to Amend Complaint [filed September 24, 2020; ECF 76] is **denied as moot**.